# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

1722 Routh Street, Suite 1500
Dallas, Texas 75201-2533
214.969.1700
www.tklaw.com

Austin
Dallas
Fort Worth
Houston
Los Angeles
New York
San Francisco

Algiers
London
Monterrey
Paris

Direct Dial:   214.969.2515
Direct Fax:   214.999.1552
E-Mail:   michael.stockham@tklaw.com

September 9, 2014

Via e-Mail – jshub@seegerweiss.com

Jonathan Shub, Esq.
Seeger Weiss LLP
1515 Market Street, Suite 1380
Philadelphia, Pennsylvania 19102

Re:   *Amy Silvis, on behalf of herself and all others similarly situated v. Ambit Energy, L.P., et al.;* No. 2:14-cv-05005-ER; In the United States District Court for the Eastern District of Pennsylvania

Counsel:

Enclosed are signed Waivers of the Service of Summons to the Defendants in the above matter. Please file this letter with them so that the Clerk of the United States District Court for the Eastern District of Pennsylvania will have the correct contact information for Defense Counsel, who are:

Stephen C. Rasch
stephen.rasch@tklaw.com
Michael W. Stockham
michael.stockham@tklaw.com
THOMPSON & KNIGHT LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
214.969.1700 phone
214.979.1751 fax

Mr. Rasch and I will be completing our *pro hac vice* motions in the near future.

Very truly yours,

Michael Stockham

MWS:sc
518218 000010 10936533.1
enclosures

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| AMY SILVIS<br>*Plaintiff* | )<br>)<br>) | |
| v. | ) | Civil Action No. 2:14-cv-05005-ER |
| AMBIT ENERGY<br>*Defendant* | )<br>) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Shub
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/09/2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9/9/2014

*Signature of the attorney or unrepresented party*

Michael Stockham
*Printed name of party waiving service of summons*

MICHAEL STOCKHAM
THOMPSON & KNIGHT LLP
*Printed name*
1722 ROUTH ST, SUITE 1500
DALLAS, TEXAS 75201
*Address*

michael.stockham@tklaw.com
*E-mail address*

214 969 1700
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| AMY SILVIS<br>*Plaintiff*<br>v.<br>AMBIT TEXAS, LLC<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:14-cv-05005-ER<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Shub
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from __09/09/2014__, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9/9/2014

*Signature of the attorney or unrepresented party*

Michael Stockham
*Printed name of party waiving service of summons*

MICHAEL W. STOCKHAM
*Printed name*

Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
*Address*

michael.stockham@tklaw.com
*E-mail address*

214 969 1700
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| AMY SILVIS<br>*Plaintiff*<br>v.<br>AMBIT HOLDINGS, LLC<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:14-cv-05005-ER<br>)<br>) |

## WAIVER OF THE SERVICE OF SUMMONS

To:  Jonathan Shub
    *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from  **09/09/2014**, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:  9-9-2014

Printed name of party waiving service of summons: Michael Stockham

Signature of the attorney or unrepresented party

Printed name: Michael W. Stockham
Address: Thompson & Knight LLP
1722 Routh St, Suite 1500
Dallas, Texas 75201

E-mail address: michael.stockham@tklaw.com

Telephone number: 214 969 1700

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| AMY SILVIS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:14-cv-05005-ER |
| AMBIT ENERGY HOLDINGS, LLC | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Shub
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from 09/09/2014, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9-9-2014

*Signature of the attorney or unrepresented party*
Michael W. Stockham

Michael Stockham
*Printed name of party waiving service of summons*

*Printed name*
Thompson & Knight LLP
1722 Routh St. Suite 1500
Dallas, Texas 75201
*Address*

michael.stockham@tklaw.com
*E-mail address*

214 969 1700
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| AMY SILVIS<br>*Plaintiff* | )<br>)<br>) | |
| v. | ) | Civil Action No. 2:14-cv-05005-ER |
| AMBIT ENERGY, L.P.<br>*Defendant* | )<br>) | |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Shub
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____09/09/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9/9/2014

Michael Stockham
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Michael W. Stockham
*Printed name*

Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
*Address*

michael.stockham@tklaw.com
*E-mail address*

214-969-1700
*Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| AMY SILVIS<br>*Plaintiff*<br>v.<br>AMBIT NORTHEAST, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Civil Action No. 2:14-cv-05005-ER |

## WAIVER OF THE SERVICE OF SUMMONS

To: Jonathan Shub
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____09/09/2014_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: 9/9/2014

Michael Stockham
*Printed name of party waiving service of summons*

*Signature of the attorney or unrepresented party*

Michael W. Stockham
*Printed name*
Thompson & Knight LLP
1722 Routh St., Suite 1500
Dallas TX 75201
*Address*

michael.stockham@tklaw.com
*E-mail address*

214 969 1700
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.