IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY SILVIS, on behalf of herself and all others similarly situated, | : : : : | CIVIL ACTION NO. 14-5005 |
| Plaintiff, | : | |
| v. | : | |
| AMBIT ENERGY, L.P. et al., | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this **13th** day of **March, 2015**, for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion to Transfer Venue (ECF No. 21) is **DENIED**.

It is **FURTHER ORDERED** that Defendants' Motion for Leave to File a Reply Brief (ECF No. 24) is **GRANTED**.[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1] The Court considered the contents of the brief in its determination of the Motion to Transfer Venue.