```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
AMY SILVIS,                           :
on behalf of herself and all          :   CIVIL ACTION
others similarly situated,            :   NO. 14-5005
                                      :
     Plaintiff,                       :
                                      :
          v.                          :
                                      :
AMBIT ENERGY, L.P. et al.,            :
                                      :
     Defendants.                      :
```

## O R D E R

**AND NOW**, this **22nd** day of **April, 2015,** it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 37) is **DENIED without prejudice.**[1]

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**

---

[1] The Court will issue a scheduling order following the initial pretrial conference.