```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AMY SILVIS,                       :
on behalf of herself and all      :   CIVIL ACTION
others similarly situated         :   NO. 14-5005
                                  :
     v.                           :
                                  :
AMBIT ENERGY, L.P., et al.        :
```

**O R D E R**

**AND NOW,** this **18th day** of **March, 2016,** upon consideration of Ambit Northeast, LLC's motion for summary judgment (ECF No. 45) as well as Plaintiff's response and Ambit's reply (ECF Nos. 51, 52, 54, 55), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the motion is **GRANTED,** the remaining counts in the Plaintiff's amended complaint are **DISMISSED,** and **JUDGMENT is entered in favor of Ambit Northeast, LLC and against Amy Silvis.**

The Clerk of Court is directed to mark this case as **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**