IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY SILVIS, on behalf of herself and all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>AMBIT NORTHEAST, LLC,<br><br>　　Defendant. | No: 2:14-cv-05005-ER |

### NOTICE OF COMPLIANCE

Defendant Ambit Northeast, LLC files this Notice of Compliance with Section II.E. of Settlement Agreement, as evidenced by the attached Declaration of Nicole L. Williams.

Dated: July 9, 2018.

Respectfully Submitted,

*/s/ J. Meghan Nylin*

Joanna J. Cline
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel.: 215.981.4000
Fax: 215.981.4750
clinej@pepperlaw.com

Stephen C. Rasch
  *Pro hac vice*
Michael W. Stockham
  *Pro hac vice*
J. Meghan Nylin
  *Pro hac vice*
THOMPSON & KNIGHT LLP
900 Third Avenue, 20th Floor
New York, NY 10022-4728
Tel.: 212.751.3014
Fax: 214.999.1592
Stephen.Rasch@tklaw.com
Michael.Stockham@tklaw.com
Meghan.Nylin@tklaw.com

*Attorneys for Defendant Ambit Northeast, LLC*

# CERTIFICATE OF SERVICE

I, J. Meghan Nylin, hereby certify that on this 9th day of July 2018, I served the foregoing document on Plaintiff's counsel via the Court's ECF system.

>	*/s/ J. Meghan Nylin*
>	J. Meghan Nylin